■ TUFANO CONTRACTING CORP., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 41888.) — *Per Curiam.*

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *per curiam.*